UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jaclyn Vasquez, et al.
                                     Plaintiff,

v.                                                                   Case No.: 1:21−cv−04637
                                                                         Honorable Andrea R. Wood

Touhy Fruity, Inc., et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 16, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 2/16/2023. Defendants' unopposed motion to approve release and settlement agreement [31] is granted. Having considered the motion and supporting materials, the Court finds that the settlement represents a fair, just and reasonable resolution of this matter. Based on the parties' agreement on the record, the case is dismissed without prejudice and with the Plaintiff to file a final stipulation of dismissal with prejudice consistent with the settlement agreement, within 60 days. Telephonic status hearing set for 4/18/2023 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.